UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL W. WILLIAMS,

                Plaintiff,

   v.

KERI GARLAND,

                Defendant.

No. C15-5637 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's complaint and amended complaint are **dismissed without prejudice** for failure to state a claim upon which relief may be granted and the **dismissal shall count as a strike under 28 U.S.C. § 1915(g).**

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 8th day of December, 2015.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER TO AMEND OR SHOW CAUSE- 1